UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| COURTNEY MCCABE, RICHARD MCCABE and KEVIN FELT<br>　　　Plaintiffs | CIVIL ACTION NO.:2:21-cv-107 |
| v. | JUDGE: NELVA GONZALES RAMOS |
| ZADOK TECHNOLOGIES, INC.<br>　　　Defendant | |

### ORDER

Considering the foregoing Joint Motion to Dismiss filed by the Plaintiffs, Courtney McCabe, Richard McCabe and Kevin Felt, and the Defendant, Zadok Technologies, Inc.;

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss is **GRANTED**;

**IT IS HEREBY ORDERED** that the Complaint of the Plaintiffs, Courtney McCabe, Richard McCabe and Kevin Felt, is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

Corpus Christi, Texas this _____ day of 2/23/22 , 2022.

_____
DISTRICT JUDGE