UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| COURTNEY MCCABE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00107 |
| ZADOK TECHNOLOGIES INC, | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order on the parties' Joint Motion to Dismiss (D.E. 18), the Court enters final judgment dismissing this action with prejudice.

ORDERED on February 23, 2022.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE